ALICE BARTHOLOMEW, an Infant, by Guardian ad Litem, Respondent, *v.* THE POUGHKEEPSIE AND HIGHLAND FERRY COMPANY (Limited), Appellant.

(Submitted January 30, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 9, 1889, which affirmed a judgment in favor of plaintiff and affirmed an order denying a motion for a new trial.

. *Thompson & Lown* for appellant.

*Allison Butts* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.